UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BRENDA PARKER, )
)
Plaintiff, )
)
v. ) Civil Action No. 20-0597 (UNA)
)
JOHN NGUYEN, *et al.*, )
)
Defendants. )

## MEMORANDUM OPINION

The plaintiff brought – and lost – an employment discrimination case in the Southern District of Indiana. *See generally* Order, *Parker v. Amazon.com.indc LLC*, No. 1:17-CV-4404 (S.D. Ind. Oct. 26, 2018) (ECF No. 84). On March 1, 2019, the court declared that it would "no longer entertain Ms. Parker's strategy of filing layers upon layers of motions challenging the same issues," and advised the plaintiff that it would "summarily deny any further motions" she filed. Order, *Parker v. Amazon.com.indc LLC*, No. 1:17-CV-4404 (S.D. Ind. March 1, 2019) (ECF No. 101 at 2-3). This matter has come before this Court on "Plaintiff Parker's Motion to Void All Orders Entered by Presiding Judge from Order Entered 3/01/2019 Back to Every Previous Orders and Judgments Entered Based on Fraud Upon the Court and Fraud Against Brenda Parker" (ECF No. 1), construed as a civil complaint.

The plaintiff is under the mistaken impression that one federal district court may review, reverse or overturn the rulings of another district court. As a general rule applicable here, a federal district court lacks jurisdiction to review the decisions of other courts. *See, e.g., Petrovic v. United States*, No. 1:19-CV-00482, 2019 WL 1746301, at *2 (D.D.C. Apr. 17, 2019), *appeal dismissed*, No. 19-5129, 2019 WL 5692686 (D.C. Cir. Aug. 6, 2019), and *appeal dismissed*, No.

19-5139, 2019 WL 5963409 (D.C. Cir. Aug. 6, 2019); *United States v. Choi*, 818 F. Supp. 2d 79, 85 (D.D.C. 2011) (citing *Lewis v. Green*, 629 F. Supp. 546, 553 (D.D.C. 1986)); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994) (applying *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 482 (1983), and *Rooker v. Fidelity Trust* Co., 263 U.S. 413, 415, 416 (1923)), *aff'd*, No. 94-5079, 1994 WL 474995 (D.C. Cir. 1994), *cert. denied*, 513 U.S. 1150 (1995). The plaintiff has received unfavorable rulings in a separate case, and her complaint is merely an attempt to have this Court reconsider the Southern District of Indiana's decisions, a matter over which this Court lacks jurisdiction. *See Barroca v. Hurwitz*, 342 F. Supp. 3d 178, 199 (D.D.C. 2018).

Accordingly, the Court will dismiss the complaint and this civil action without prejudice. A separate order accompanies this Memorandum Opinion.

DATE: March 6, 2020

TREVOR N. McFADDEN
United States District Judge